

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID ALLEN BICKHAM | CIVIL ACTION |
| VERSUS | NO. 05-334 |
| SHERIFF JACK STRAIN, ET AL | SECTION "J" (3) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Rec. Doc. 12), and plaintiff's **Objections** thereto (Rec. Doc. 13) hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's **Objections** (Rec. Doc. 13), styled "Memorandum in Opposition to Report and Recommendation", are hereby **OVERRULED**;

**IT IS FURTHER ORDERED** that plaintiff's claims against Sheriff Jack Strain and Warden Marlin Peachey are hereby **DISMISSED** without prejudice;

**IT IS FURTHER ORDERED** that plaintiff's claims against Lt.

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No._____
```

Chuckie Lee are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Lafayette, Louisiana, this 20th day of October, 2005.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE